IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JONAS SEBASTIAN JÖDICKE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-04941

Judge John F. Kness

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 66 | YOUQUER |
| 58 | JIJIWANG |
| 185 | Home garden suply |
| 5 | Boyouth |
| 71 | Kathonex |
| 49 | danzhoudanabufanshangmaoshanghang |
| 102 | Coolsshop |
| 79 | Wongs bedding USA( Gift shop) |
| 25 | leezeshaw |
| 142 | Josid |
| 106 | ENLACHIC |
| 173 | LanZhenMao |
| 149 | kuaikuaiot |
| 115 | HaniLav |
| 119 | BarbedRose |
| 151 | Ophelia Art |
| 127 | ZZKKO |
| 42 | Fashionable Boys and Girls |
| 148 | BQKLOO |
| 140 | FEASRT |

1

| | |
|---|---|
| 130 | QoGoer Global |
| 40 | Helen Mackey |
| 96 | HJL Art |
| 44 | US Throws Blankets Store |
| 29 | Sheehow |
| 169 | Smal Lucky |
| 174 | aliceyang001 |
| 157 | AMmao |
| 2 | Taphome |
| 9 | iTapestry |
| 104 | N.G. |
| 67 | DIYAGO(★★7-21days Delivery) |
| 56 | zanlin |
| 64 | erosebridal |
| 103 | Ainuno |
| 30 | Similane |
| 74 | Howilath-US |
| 81 | boboCO |
| 10 | Chifave |
| 59 | Slenyu |
| 134 | Genuxury |
| 54 | XVWJ |
| 100 | Gludear |
| 118 | KIDVOVOU |
| 126 | NAYINLAN |
| 184 | YH ArtTalk |
| 53 | Kerry Page |
| 117 | Wocachi (7 ~ 18 days delivery) |
| 68 | yiyujuhi |
| 41 | goode store |

DATED: January 9, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 9, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                */s/ Keith A. Vogt*
                                                               Keith A. Vogt